UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Mikel Alexander Hutchinson
_____

*(Enter full name of plaintiff)*

Plaintiff,

v.

Multnomah Countys'
_____

Inverness Jail
_____

_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:24-cv-01992-SI _____
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑Yes      ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                    1
[Rev. 01/2018]

**Defendant No. 1**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 2**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 3**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 4**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)


Complaint for Violation of Civil Rights (Prisoner Complaint)          2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

~~XXXXXXXXXX~~ negligence , wreckless endangerment due to prior knowledge of the screen being broken

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On November 17th I had a video visit scheduled on terminal # 1. There was a piece of the kiosks' glass screen that was broken in jagged pieces. When logging in to my visit my hand was sliced by the broken glass. When my fiancie and I noticed the blood running down my hand I notified the deputy. The deputy made notes of the incident and put up a sign closing down the kiosk. The deputy could only give me bandaids and told me to ask the following deputies for assistance but the next 3 shifts also denied aid.

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

## Claim III

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_(If you have additional claims, describe them on another piece of paper, using the same outline.)_

Complaint for Violation of Civil Rights (Prisoner Complaint)                                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes          ☐ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

50,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of November , 20 24 .

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]

Mikel Alexander Hutchinson #844458
11540 Ne Inverness Drive
Portland, OR 97220

PORTLAND OR RPDC 972

25 NOV 2024 PM 2  L



★ USA ★ FOREVER ★

Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue  Suite 740
Portland, OR  97204 - 2902

LEGAL MAIL

97204-293780